UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

------------------------------------------------

JOE HAND PROMOTIONS INC,

Plaintiff,

-against-

Civil Action No.
3:19-CV-01705-N

JUSTIN WILLIAMS and TYRONE ALLEN Individually,
and as officers, directors, shareholders and/or principals of
FOURTH QUARTER BOYZ INC,

and

FOURTH QUARTER BOYZ INC,

Defendants.

------------------------------------------------

**ORDER ON NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Court is in receipt of Plaintiff, JOE HAND PROMOTIONS, INC, Notice of Voluntary Dismissal Without Prejudice Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("the Notice"), and good cause having been shown, it is hereby

**ORDERED, the** Complaint be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Plaintiff may move to reopen and reinstate its claim against Defendants by April 15, 2020.

Signed February 18, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE